

**Bell Law Group, PLLC**

116 Jackson Avenue
Syosset, New York 11791
T (516) 280-3008
F (516) 706-4692
BellLG.com

September 12, 2022

**Via ECF**
The Honorable Arlene R. Lindsay
United States District Court
Eastern District of New York
814 Federal Plaza
Central Islip, New York 11722

           **Re:** *Guevara, et al. v. Graxcell Pharmaceuticals, et al.*
           **Civil Docket No.: 21-cv-05128-JS-ARL**

Dear Judge Lindsay:

      Our office represents Plaintiffs in the above referenced matter. Pursuant to Your Honor's instructions, annexed hereto is the revised settlement agreement with a release limited to Plaintiffs' wage and hour claims.

      We thank Your Honor kindly for your consideration of the Parties request for settlement approval.

                              Very truly yours,

                              */s/ Matthew Madzelan*
                              Matthew Madzelan, Esq.