

**Bell Law Group, PLLC**
116 Jackson Avenue
Syosset, New York 11791
T (516) 280-3008
F (516) 706-4692
BellLG.com

September 23, 2022

**Via ECF**
The Honorable Joanna Seybert
United States District Court
Eastern District of New York
100 Federal Plaza, Courtroom 1030
Central Islip, New York 11722

           **Re:** *Guevara, et al. v. Graxcell Pharmaceuticals, et al.*
           **Civil Docket No.: 21-cv-05128-JS-ARL**

Dear Judge Seybert:

    Our office represents Plaintiffs in the above referenced matter. Pursuant to Your Honor's Order, attached please find an executed copy of the updated settlement agreement and a stipulation of discontinuance.

    We thank Your Honor kindly for your consideration of the Parties request for settlement approval.

           Very truly yours,

           */s/ Matthew Madzelan*
           Matthew Madzelan, Esq.

5 Penn Plaza, 23rd Floor       1629 K Street, NW, Suite 300       10750 NW 6th Court
New York, NY  10001            Washington, DC 20006               Miami, FL  33168